IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ROBERT HLOVCHIEC

Criminal No. 2:26-cr-131

[UNDER SEAL]

JUL 07 2026

CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna and Alyssa R. Angotti, Assistant United States Attorneys for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ROBERT HLOVCHIEC, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. §§ 875(c), 115(a)(1)(B) and 115(b)(4).

Recommended bond: Detention.

Respectfully submitted,

TROY RIVETTI
United States Attorney

By:     *s/Brendan J. McKenna*
BRENDAN J. MCKENNA
Assistant U.S. Attorney
PA ID No. 314315

*s/Alyssa R. Angotti*
ALYSSA R. ANGOTTI
Assistant U.S. Attorney
PA ID No. 323007