**RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO. |
| vs | DATE OF COMPLAINT |
| ROBERT HLOVCHIEC | CRIMINAL DOCKET NO.    2:26-cr-00131-MRH |
| | DATE OF INDICTMENT    7/7/2026 |
| | ORIGINATING DISTRICT (if applicable) |

DATE ARRESTED:    7/9/2026

## INITIAL APPEARANCE

| | | | | | |
|---|---|---|---|---|---|
| Presiding | [X] BROWN | [ ] DODGE | Date: | 7/9/2026 | CD # |
| Magistrate | [ ] KELLY | [ ] LANZILLO | Time: | 2:04 pm – 2:09 pm | Court Reporter: |
| Judge | [ ] PESTO | [ ] TAYLOR | | | |

U. S. ATTORNEY:    BRENDAN MCKENNA, ESQ.      INTERPRETER:

**1. RIGHTS EXPLAINED**

[ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

[X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**

[ ] Read    [X] Summarized    [ ] Reading waived

[X] Defendant provided with a copy of the charges

[ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

[X] Read    [ ] Summarized    [ ] Reading waived

**4. COUNSEL**

[X] Defendant requested appointment    [ ] Defendant waived appointment

[X] Defendant represented by:    CAITLIN SMITH, ESQ. and LIZ PATTON, ESQ.

[ ] Defendant expects to retain:

[X] Affidavit executed.

[ ] Not Qualified    [X] Qualified    [ ] With possible requirement for partial or full payment

[X] Federal Public Defender appointed

[ ] CJA Panel Attorney _____ appointed

**5. BAIL**

Recommended Bond:

Bond Set at:

[ ] By Consent    [ ] Additional Conditions Imposed:

[ ] By Magistrate Judge

[X] Temporary Commitment issued    [ ] Final Commitment issued

Bond/Detention Hearing set for:    Friday, July 17, 2026 at 10:00 AM before Judge Kelly

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Arraignment set for: ___7/17/2026 at 10:00 AM_____ before Magistrate Judge ___Kelly_____.

WDPA Rev 06/24